_____FILED   _____ENTERED
_____LODGED  _____RECEIVED

OCT 28 1999

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                                        DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

JOHN W. RENNIE, et al           *

      Plaintiffs
                                *       Case No. WMN 96-450
v.                                      (consolidated with
                                        Case No. WMN 96-451)
HELICOPTER TRANSPORT            *
SERVICES, INC., et al

      Defendants       *

\* \* \* \* \* \* \* \* \* \* \*

ORDER DISMISSING
<u>TEXTRON LYCOMING</u>

Pursuant to Joint Motion of the Plaintiffs and Defendant Textron Lycoming, it is this 28th day of October, 1999

ORDERED that the case of Plaintiffs against Defendant Textron Lycoming is DISMISSED.

William M. Nickerson
United States District Judge

OCT 29 1999